

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

On January 9, 2015, appellee filed a motion to extend time to file a response to this court's order, which required anyone who desired to file a contest to appellant's affidavit of indigency to do so by January 9, 2015. However, appellee filed his response to our order later that same day. Accordingly, we **ORDER** appellant's motion to extend time to file a response **DENIED AS MOOT**.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court